IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**JAMES L. HENTHORN,**

    **Petitioner,**          **CASE NO. 2:09-cv-00069**
                                   **JUDGE MARBLEY**
**v.**                                   **MAGISTRATE JUDGE E.A. PRESTON DEAVERS**

**PHILLIP KERNS, Warden,**

    **Respondent.**

## OPINION AND ORDER

On June 2, 2010, the Magistrate Judge issued a *Report and Recommendation* recommending that the instant petition for a writ of habeas corpus pursuant to 28 U.S.C. §2254 be dismissed. Although the parties were advised of the right to object to the Magistrate Judge's *Report and Recommendation*, and of the consequences of failing to do so, no objections have been filed.

The *Report and Recommendation* is **ADOPTED** and **AFFIRMED**. This action is hereby **DISMISSED**.

    **IT IS SO ORDERED.**

                                                 s/Algenon L. Marbley
                                              ALGENON L. MARBLEY
                                              United States District Judge